**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

DEBBORA BARNES,

Plaintiff,

v. CASE NO. 4:26cv352-RH-MAF

SSL TAL MANAGEMENT LLC,

Defendant.

_________________________________/

# ORDER OF REMAND

The plaintiff filed this action in state court. The defendant removed the action to this court based on the complaint's inclusion of a claim arising under federal law. The plaintiff now has amended the complaint to omit any federal claim. This makes remand appropriate. *See Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22 (2025). Accordingly,

IT IS ORDERED:

1. The plaintiff's unopposed motion to remand, ECF No. 12, is granted.

2. This action is remanded to the Circuit Court, Second Judicial Circuit, Leon County, Florida. The clerk must take all steps necessary to effect the remand.

SO ORDERED on September 12, 2026.

s/Robert L. Hinkle
United States District Judge